IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FREEDOM WIRELESS, LLC | § | |
| | § | |
| vs. | § | NO. 2:06-CV-505-TJW-CE |
| | § | |
| CINGULAR WIRELESS LLC, ET AL. | § | |

## MEMORANDUM OPINION AND ORDER

Pursuant to the discovery hearing held on September 30, 2008, the Defendant is authorized fourteen hours to depose Dan Bert Harned. The plaintiff is hereby authorized to subpoena Dan Bert Harned for a third day of deposition. This is the extent of the relief granted at this time.

SIGNED this 30th day of September, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE